UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vorris Blankenship,<br><br>        Plaintiff,<br><br>    v.<br><br>Libery Life Assurance Company of<br>Boston as Administrator and<br>Fiduciary of the KPMG Employee<br>Long-term Disability Plan and the<br>KPMG Employee Long-term Disability<br>Plan,<br><br>        Defendants. | No. C-03-1132 SC<br><br>ORDER GRANTING<br>PLAINTIFF'S MOTION<br>FOR ADDITIONAL<br><u>ATTORNEY'S FEES</u> |

   On July 13, 2007 Plaintiff renewed its request from December 20, 2004 for additional attorney's fees under Section 502(g) of the Employee Retirement Insurance Security Act ("ERISA").  <u>See</u> Docket Nos. 76, 55.  Plaintiff seeks to recover fees for work done on the case after the Court's August 20, 2004 Order, including work in response to Defendants' Motion to Amend.  The Court could not rule on Plaintiff's original request because the matter was already on appeal to the Ninth Circuit.  Defendants do not oppose Plaintiff's motion.  <u>See</u> Docket No. 80.

   Plaintiff requests $8,550.00 in fees for 34.2 hours at the rate of $250.00 per hour.  <u>See</u> Kalkin Decl., ¶ 6.  The time was spent reviewing documents, conducting legal research, and drafting motions.  These fees are allowable under 29 U.S.C. § 1132(g). Furthermore, the Court finds that the guidelines for evaluating

1    fee requests, set forth in <u>Hummell v. S.E. Rykoff & Co.</u>, 634 F.2d
2    446, 453 (9th Cir. 1980), have been satisfied.
3         For the reasons described herein, Plaintiff's Motion for
4    Additional Attorney's Fees is GRANTED.  Plaintiff is AWARDED
5    $8,550.00 in fees.

7         IT IS SO ORDERED.

9         Dated: August 13, 2007                    /s/ Samuel Conti
                                              _____
                                              UNITED STATES DISTRICT JUDGE